**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | Chapter 11 |
|---|---|
| GEO. V. HAMILTON, INC., | Case No.   15-23704 |
| Debtor. | |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

        Following is the list of creditors holding the 20 largest unsecured claims against Geo. V. Hamilton, Inc., the debtor and debtor-in-possession in the above-captioned case, as of October 7, 2015.  The list is prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in this chapter 11 case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bank. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Willman & Silvaggio, LLP<br>One Corporate Center<br>5500 Corporate Drive, Suite 150<br>Pittsburgh, PA 15237 | Connie A. Silvaggio, Esq.<br>(412) 366-3333 | Professional Services | | $78,009.08 |
| Solid Platforms Inc.<br>6610 Melton Road<br>Portage, IN 46368 | (219) 762-8054 | Trade Debt | | $10,835.25 |
| Reilly, Janiczek, McDevitt, Henrich & Cholden P.C.<br>1 South Penn Square<br>The Widener Building, Suite 410<br>Philadelphia, PA 19107 | Lee J. Janiczek, Esq.<br>(215) 972-5200 | Professional Services | | $10,092.05 |
| BP Business Solutions<br>PO Box 70995<br>Charlotte, NC 28272-0995 | (800) 760-8870 | Fuel Cards | | $8,615.27 |

| | | | |
|---|---|---|---|
| United Rentals (North America), Inc.<br>PO Box 100711<br>Atlanta, GA 30384-0711 | (724) 695-9293 | Trade Debt | $6,001.00 |
| Bridgeport Equipment<br>500 Hall Street<br>Bridgeport, OH 43912 | (304) 736-2120 | Trade Debt | $4,540.00 |
| Hoagland, Fitzgerald & Pranaitis<br>401 Market Street<br>Alton, IL 62002 | Steve Maassen, Esq.<br>(618) 208-4380 | Professional Services | $3,878.25 |
| US Safety Depot/HP Products<br>PO Box 68310<br>Indianapolis, IN 46268 | (888) 620-7233 | Trade Debt | $3,584.50 |
| Ally<br>Payment Processing Center<br>PO Box 9001951<br>Louisville, KY 40290-1951 | (800) 200-4622 | Corporate Card | $3,147.92 |
| Mobile Mini Inc.<br>PO Box 740773<br>Cincinnati, OH 45274-0773 | (800) 950-6464 | Trade Debt | $2,995.70 |
| Premier Safety & Service<br>Two Industrial Park Drive<br>Oakdale, PA 15071 | (800) 828-1080 | Trade Debt | $2,916.82 |
| Sprint<br>PO Box 4191<br>Carol Stream, IL 60197 | (412) 670-4075 | Telephone Service | $2,685.67 |
| Skyworks Equipment Rent<br>100 Thielman Drive<br>Buffalo, NY 14206 | (716) 822-5438 | Trade Debt | $2,621.06 |
| Modular Space Corp.<br>12603 Collections Centre Drive<br>Chicago, IL 60693 | (800) 980-7447 | Trade Debt | $1,966.29 |
| Mercedes-Benz Financial Services USA LLC<br>PO Box 5260<br>Carol Stream, IL 60197 | (800) 222-4221 | Lease | $1,808.57 |
| The Lockard Company<br>PO Box 700<br>Indiana, PA 15701 | (800) 424-3835 | Corporate Card | $1,770.17 |
| TALX UC Express<br>4076 Paysphere Circle<br>Chicago, IL 60674 | (314) 214-7129 | Professional Services | $1,743.69 |
| Hertz Equipment Rental<br>PO Box 650280<br>Dallas, TX 75265-0280 | (800) 456-6492 | Trade Debt | $1,671.92 |
| Blueline Rental LLC<br>PO Box 840062<br>Dallas, TX 75284-0062 | (724) 947-4740 | Trade Debt | $1,567.74 |

| | | | |
|---|---|---|---|
| Dex Media<br>Attn: A/R Department<br>PO Box 619009<br>DFW Airport, TX 75261 | (800) 555-4833 | Professional Services | $1,470.20 |

Dated:  October 8, 2015　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　REED SMITH LLP

　　　　　　　　　　　　　　　　　　By:　*/s/ Luke A. Sizemore*
　　　　　　　　　　　　　　　　　　　　Paul M. Singer (PA ID No. 00286)
　　　　　　　　　　　　　　　　　　　　Luke A. Sizemore (PA ID No. 306443)
　　　　　　　　　　　　　　　　　　　　Joseph D. Filloy (PA ID No. 310167)
　　　　　　　　　　　　　　　　　　　　Reed Smith Centre
　　　　　　　　　　　　　　　　　　　　225 Fifth Avenue, Suite 1200
　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15222
　　　　　　　　　　　　　　　　　　　　Telephone:  (412) 288-3131
　　　　　　　　　　　　　　　　　　　　Facsimile:  (412) 288-3063
　　　　　　　　　　　　　　　　　　　　Email:  psinger@reedsmith.com
　　　　　　　　　　　　　　　　　　　　Email:  lsizemore@reedsmith.com
　　　　　　　　　　　　　　　　　　　　Email:  jfilloy@reedsmith.com

　　　　　　　　　　　　　　　　　　　　*Proposed Counsel to Debtor and Debtor-in-Possession*

## DECLARATION UNDER PENALTY OF
## PERJURY ON BEHALF OF A CORPORATION

I, Joseph E. Linehan, the General Counsel of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing *List of Creditors Holding 20 Largest Unsecured Claims* and that it is true and correct to the best of my information and belief.

Dated: October 8, 2015

Joseph E. Linehan
General Counsel

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.